**Order filed August 30, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00475-CV

————————

### ESTATE OF OTIS HAROLD CARTE, DECEASED

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0053835**

## ABATEMENT ORDER

On August 23, 2012, appellant filed a motion for extension of time to file his brief, asserting that the parties are attempting to implement a settlement agreement. Although appellee objected to the extension, he confirmed that the parties reached an agreement on May 17, 2012, that was read into the record. In addition, appellee stated that the agreement was memorialized and executed on August 15, 2012. According to appellee, the agreement calls for resolution of all matters, including setting aside the January 23, 2012, judgment that is the subject of this appeal. The court granted appellant's extension request, and today, we issue the following order.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until **October 31, 2012.** The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM